**Fill in this information to identify your case:**

Debtor 1 __Oswald___ __G.___ __Nelson___
         First Name   Middle Name   Last Name

Debtor 2 _____ _____ _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __Northern__ District of __Georgia__
                                                                 (State)

Case number __23-54586__
(If known)

FILED IN CLERK'S OFFICE
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT
OF GEORGIA

2023 MAY 16  PM 2: 07

M. REGINA THOMAS
CLERK

BY _____
   DEPUTY CLERK

Official Form 101A

# Initial Statement About an Eviction Judgment Against You

12/15

File this form with the court and serve a copy on your landlord when you first file bankruptcy only if:

- you rent your residence; and
- your landlord has obtained a judgment for possession in an eviction, unlawful detainer action, or similar proceeding (called *eviction judgment*) against you to possess your residence.

Landlord's name        __Avana Uptown Apartments__

Landlord's address     __2910 Clairmont Rd__
                       Number  Street
                       __Atlanta__          __G.A.__  __30329__
                       City                 State    ZIP Code

If you want to stay in your rented residence after you file your case for bankruptcy, also complete the certification below.

## Certification About Applicable Law and Deposit of Rent

I certify under penalty of perjury that:

☐ Under the state or other nonbankruptcy law that applies to the judgment for possession (*eviction judgment*), I have the right to stay in my residence by paying my landlord the entire delinquent amount.

☐ I have given the bankruptcy court clerk a deposit for the rent that would be due during the 30 days after I file the *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

x *Oswald G. Nelson*                          x _____
Signature of Debtor 1                          Signature of Debtor 2

Date __05/15/2023__                            Date _____
      MM / DD / YYYY                                MM / DD / YYYY

**Stay of Eviction:** (a) **First 30 days after bankruptcy.** If you checked both boxes above, signed the form to certify that both apply, and served your landlord with a copy of this statement, the automatic stay under 11 U.S.C. § 362(a)(3) will apply to the continuation of the eviction against you for 30 days after you file your *Voluntary Petition for Individuals Filing for Bankruptcy* (Official Form 101).

(b) **Stay after the initial 30 days.** If you wish to stay in your residence after that 30-day period and continue to receive the protection of the automatic stay under 11 U.S.C. § 362(a)(3), you must pay the entire delinquent amount to your landlord as stated in the eviction judgment before the 30-day period ends. You must also fill out *Statement About Payment of an Eviction Judgment Against You* (Official Form 101B), file it with the bankruptcy court, and serve your landlord a copy of it before the 30-day period ends.

**Check the Bankruptcy Rules (** http://www.uscourts.gov/rules-policies/current-rules-practice-procedure**) and the local court's website (to find your court's website, go to** http://www.uscourts.gov/court-locator**) for any specific requirements that you might have to meet to serve this statement. 11 U.S.C. §§ 362(b)(22) and 362(l)**

Official Form 101A                    Initial Statement About an Eviction Judgment Against You