UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

IN RE:

*Oswald G. Nelson*
Debtor

Case No. 23-54586
Chapter 7

Filed in U.S. Bankruptcy Court
Atlanta, Georgia
MAY 3 0 2023
M. Regina Thomas, Clerk
By: _____ Deputy Clerk

STATEMENT REGARDING PAYMENT ADVICES (11 U.S.C. §521(a)(1))

I, the undersigned debtor, hereby certify that during the 60 day period preceding the filing of my bankruptcy petition in this case, I did not receive pay stubs from an employer because:

[✓] I am unemployed; or

[ ] I am self-employed; or

[ ] My employer did not provide pay stubs.

[ ] Other
_____

Dated: 5/20/2023

*Oswald G. Nelson*
Debtor